**IN THE CIRCUIT COURT OF THE STATE OF OREGON**

**FOR THE COUNTY OF MULTNOMAH**

| | |
|---|---|
| **CATARINA CANASTUJ SIQUINA,**<br><br>Plaintiff,<br><br>v.<br><br>**UBER TECHNOLOGIES, INC.,** a Delaware Corporation;<br>**PORTIER, LLC,** a Delaware Corporation; and **NICHOLAS BACA MUNOZ,**<br><br>Defendants. | Case No.<br><br>**COMPLAINT**<br><br>Injured Motorist – Negligence – Negligence *Per Se*<br><br>(Claim Not Subject to Mandatory Arbitration)<br><br>Demand for Jury Trial<br><br>Fee Authority: ORS 21.160(1)(c)<br>Amount in Controversy: $155,815.93 |

Plaintiff alleges:

**FIRST CLAIM FOR RELIEF**
**(Against Defendant Nicholas Baca Munoz)**

**COUNT ONE**
**(Negligence)**

1.

At all times material hereto:

(a) Defendant Nicholas Baca Munoz (“MUNOZ” or “DEFENDANT”) was the owner and operator of a 2016 Kia Soul, VIN Number KNDJN2A24G7293033 (“KIA”), residing in the city of Portland, county of Multnomah, state of Oregon;

(b) Defendant Uber Technologies Inc., was and is a duly organized Delaware corporation authorized to do business and doing business in the state of Oregon as a transportation network company (“TNC”) with a principal



**PICKETT DUMMIGAN WEINGART LLP**
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 223-7770

place of business located at 1209 Orange Street, city of Wilmington, county of New Castle, state of Delaware;

(c) Defendant Uber Technologies, Inc. (hereinafter referred to as "UBER") is authorized to do business in Oregon and conduct regular and sustained business activity within the county of Multnomah, state of Oregon, by contracting with hundreds of Uber drivers to provide transportation and food delivery services to Uber's customers;

(d) Defendant Portier LLC was and is a duly organized Delaware corporation authorized to do business and doing business in the state of Oregon as a TNC and subsidiary of Uber, with a principal place of business located at 1725 3rd Street, city of San Francisco, county of San Francisco, state of California;

(e) Defendant Portier LLC ("hereinafter referred to as "PORTIER") is authorized to do business in Oregon and conduct regular and sustained business activity within the county of Multnomah, state of Oregon, by contracting with hundreds of Uber Eats food delivery drivers to provide food and grocery delivery services to Uber Eats' customers;

(f) Plaintiff Catarina Canastuj Siquina ("CATARINA SIQUINA") was the restrained operator of a 2023 Toyota Highlander, Oregon plate number 001NYY ("TOYOTA") residing in the city of Portland, county of Multnomah, state of Oregon;

(g) North Lombard Street and North Denver Avenue are duly dedicated public thoroughfares located within the city of Portland, county of Multnomah, state of Oregon.

2.

On or about June 18, 2024, at approximately 3:00p.m., plaintiff Catarina Siquina was the operator of the Toyota, occupied by her eight year-old son, who was seated in a booster seat in the rear passenger seat of her vehicle. Plaintiff was stopped at a traffic light in the eastbound land of N Lombard Street, at the intersection of N Denver Avenue. Defendant Munoz, also traveling eastbound on N Lombard Street behind Plaintiff, did not stop in time and impacted her vehicle in the rear.

3.

The cause of the aforementioned collision was the negligence of defendant Munoz in one or more of the following particulars:

a) In failing to keep and maintain a proper lookout;

b) In operating his vehicle in a careless manner;



**PICKETT DUMMIGAN WEINGART LLP**
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 223-7770

c) In failing to keep proper control of his vehicle;

d) In failing to maintain reasonable control over his vehicle.

4.

The negligence and/or fault of defendant Munoz was a substantial factor in causing, contributing to, or exacerbating injuries to plaintiff Catarina Siquina as set forth below:

a) Cervicobrachial syndrome;

b) Sprain of ligaments of cervical spine;

c) Sprain of muscle, fascia and tendon of neck;

d) Sprain of muscle, fascia and tendon of back wall of thorax;

e) Sprain of ligaments of thoracic spine;

f) Sprain of ribs;

g) Sprain of left shoulder complex;

h) Strain of left shoulder complex;

i) Chronic left shoulder pain.

5.

As a result of the negligence and/or fault of defendant Munoz, in one or more of the particulars set forth above, thus far plaintiff Catarina Siquina has incurred reasonable and necessary medical expenses to date in the approximate sum of $23,007.93, and wage loss in the approximate sum of $2,808.00.

6.

As a further result of defendant Munoz's negligence, plaintiff Catarina Siquina suffered injuries causing her pain, discomfort, and inconvenience. Her activities of daily living and quality of life have been adversely affected, all to her noneconomic damage in a reasonable amount to be determined by the jury, but not to exceed the sum of $130,000.00.

///



**PICKETT DUMMIGAN WEINGART LLP**
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 223-7770

7.

Plaintiff reserves the right to amend this Complaint at the time of trial to more completely allege her economic and noneconomic losses and/or to conform to proof offered at trial.

8.

Plaintiff is entitled to pre-judgment interest at the legal rate of 9% per annum for her economically verifiable losses from the date of loss to the date of entry of judgment herein.

9.

Plaintiff hereby demands a jury trial.

**COUNT TWO**
**(Negligence *Per Se*)**

10.

Plaintiff realleges and incorporates ¶¶1 through 10 of Count One as set forth above.

11.

Defendant Munoz was negligent *per se* in operating the motor vehicle in violation of one or more of the following particulars:

a) ORS 811.135, which prohibits a person from driving a motor vehicle in a manner that endangers or would likely endanger any person or property;

b) ORS 811.485 which prohibits the driver of a motor vehicle from following another vehicle more closely than is reasonable and prudent, having due regard for the speed of the vehicles and the traffic upon, and condition of, the highway.

12.

One or more of the above-described particulars of negligence *per se* was a cause in fact of the aforementioned collision. Plaintiff is a member of the class of persons that ORS 811.135 & ORS 811.485 were enacted to protect, and her injuries are of the type that these statutes were enacted to prevent.

///

///



**PICKETT DUMMIGAN WEINGART LLP**
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 223-7770

13.

Plaintiff is entitled to damages on Count Two as set forth in ¶¶6 through 8 of Count One.

**SECOND CLAIM FOR RELIEF**
**(Against Defendants Uber Technologies, Inc and Portier LLC)**

**COUNT ONE**
**(Vicarious Liability - Negligence)**

14.

Plaintiff reincorporates and reallege ¶¶1 through 9 of Count One of the First Claim for Relief as set forth above.

15.

At all material times, defendant Munoz, was operating the 2016 Kia Soul, VIN Number KNDJN2A24G7293033, with the express and/or implied permission of Uber and Portier to transport food and groceries to Uber Eats customers and was acting within the course and scope of his affiliation and/or agency relationship as an Uber Eats driver for Uber and Portier.

16.

At all material times, defendant Munoz was acting within the course and scope of his affiliation, agency, and/or employment relationship with Uber, Uber Eats and Portier. As such, Uber and Portier are vicariously liable for the negligent acts and omissions of defendant Munoz, as set forth in ¶3.

17.

The negligence of Uber and Portier, and each of them, in one or more of the particulars set forth above, was a substantial factor in causing Plaintiff to suffer injuries, undergo medical treatment, and incur damages on Count One of the Second Claim for Relief, as previously alleged in ¶¶6 through 7 of Count One of the First Claim for Relief.

///

///



**PICKETT DUMMIGAN WEINGART LLP**
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 223-7770

**COUNT TWO**
**(Vicarious Liability – Negligence *Per Se*)**

18.

Plaintiff reincorporates and realleges ¶¶1 through 9 of Count One of the First Claim for Relief, ¶¶10 through 12 of Count Two of the First Claim for Relief, and ¶¶14 through 16 of Count One of the Second Claim for Relief, as set forth above.

19.

At all material times, defendant Munoz was acting within the course and scope of his affiliation, agency, and/or employment relationship with Uber and Portier. As such, Uber and Portier are vicariously liable for the negligence *per se* of defendant Munoz as set forth in ¶¶11 through 13 of Count Two of the First Claim for Relief.

20.

The negligence *per se* of Uber and Portier, in one or more of the particulars set forth above, was a substantial factor in causing Plaintiff to suffer injuries, undergo medical treatment, and incur damages on Count Two of the Second Claim for Relief, as previously alleged in ¶¶5 through 7 of Count One of the First Claim for Relief.

WHEREFORE Plaintiff prays for judgment against defendants in the sum of $155,815.93, plus pre-judgment interest at the legal rate of 9% per annum for her economically verifiable losses from the date of loss to the date of entry of judgment herein, for her costs and disbursements incurred herein, and for other such other relief as the court deems just and equitable.

DATED this 12th day of June, 2026.

s/R. Brendan Dummigan
R. Brendan Dummigan, OSB #932588
Xavier A. Campos, OSB #196294
PICKETT DUMMIGAN WEINGART LLP

*of Attorneys for Plaintiff; Trial Attorneys*



**PICKETT DUMMIGAN WEINGART LLP**
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
(503) 223-7770

IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR MULTNOMAH COUNTY

**CATARINA CANASTUJ SIQUINA**
Plaintiff/Petitioner

vs.

**UBER TECHNOLOGIES, INC.; ET AL**
Defendant/Respondent

Cause No.: **26CV29435**

DECLARATION OF SERVICE OF
**SUMMONSES; COMPLAINT; PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS; MEDIATION FORM**

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a resident of the State of Oregon, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **30th day of June, 2026** at **9:47 AM** at the address of **780 Commercial St SE Ste 100, Salem, Marion, OR 97301**; this declarant served the above described documents upon **Portier, LLC c/o C/O C T Corporation System, Registered Agent, REGISTERED AGENT**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **CT Corporation System, Registered Agent**, **I delivered the documents to CT Corporation System, Registered Agent. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with glasses. Served Eden Cloverglade**.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Date: 06/30/2026

[signature]

**Roger Rowell**
**1942 LINWOOD ST NW APT. 1102, Salem, OR 97304 503-508-5611**

REF: **Canastuj Siquina**

ORIGINAL DECLARATION OF SERVICE

Tracking #: **0230303918** PDX FIL

IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR MULTNOMAH COUNTY

| | |
|---|---|
| **CATARINA CANASTUJ SIQUINA**<br>Plaintiff/Petitioner<br>vs.<br>**UBER TECHNOLOGIES, INC.; ET AL**<br>Defendant/Respondent | Cause No.: **26CV29435**<br><br>DECLARATION OF MAILING OF<br>**SUMMONSES; COMPLAINT; PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS; MEDIATION FORM** |

The undersigned hereby declares: that I, Laurice Averill, am a legal resident of the State of Oregon, over the age of 18, and not party to, nor interested in the within entitled action. My business address is 1099 Stewart St Ste 700, Seattle, WA 98101.

That on **July 01, 2026**, after personal service was made on **June 30, 2026** to **CT Corporation System, Registered Agent**, a **I delivered the documents to CT Corporation System, Registered Agent. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with glasses. Served Eden Cloverglade**, I completed service by depositing a true copy of the **SUMMONSES;COMPLAINT; PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS;MEDIATION FORM**, marked with confirmation of date, time, and place of personal service in the United States mail, by first class mail with proper postage attached.

That I addressed the envelope(s) as follows:

PORTIER, LLC
c/o C/O C T Corporation System, Registered Agent, REGISTERED AGENT
780 Commercial St SE Ste 100
Salem, OR 97301

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

I executed this declaration on July 01, 2026 at Seattle, WA.

*/s/ Laurice Averill*

Declarant Laurice Averill, 1099 Stewart St Ste 700, Seattle, WA 98101. 206-521-9000.

Tracking #: **0230303912** PDX

# In the Circuit Court of the State of Oregon

## For the County of Multnomah

| | |
|---|---|
| **CATARINA CANASTUJ SIQUINA,**<br><br>Plaintiff,<br><br>v.<br><br>**UBER TECHNOLOGIES, INC.,** a Delaware Corporation; **PORTIER, LLC,** a Delaware Corporation; and **NICHOLAS BACA MUNOZ,**<br><br>Defendants. | Case No. 26CV29435<br><br>**SUMMONS** |

**To: Portier, LLC**
**C/O C T Corporation System, Registered Agent**
**780 Commercial Street SE, Suite 100**
**Salem, OR 97301**

**You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff will apply to the court for the relief demanded in the complaint.**

## NOTICE TO THE DEFENDANT:
## READ THESE PAPERS CAREFULLY!

**You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.**

**If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.**

SIGNATURE OF ATTORNEY

R. Brendan Dummigan, OSB #932588
PICKETT DUMMIGAN WEINGART LLP
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
Telephone: (503) 223-7770

**TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual or other legal entity to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.**

ATTORNEY FOR PLAINTIFF

7/14/2026 3:18 PM
26CV29435

IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR MULTNOMAH COUNTY

**CATARINA CANASTUJ SIQUINA**
Plaintiff/Petitioner
vs.
**UBER TECHNOLOGIES, INC.; ET AL**
Defendant/Respondent

Cause No.: **26CV29435**

DECLARATION OF SERVICE OF
**SUMMONSES; COMPLAINT; PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS; MEDIATION FORM**

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a resident of the State of Oregon, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **30th day of June, 2026** at **9:47 AM** at the address of **780 Commercial St SE Ste 100, Salem, Marion, OR 97301**; this declarant served the above described documents upon **Uber Technologies, Inc. c/o C/O C T Corporation System, Registered Agent, REGISTERED AGENT**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **CT Corporation System, Registered Agent**, **I delivered the documents to CT Corporation System, Registered Agent. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with glasses. Served Eden Cloverglade**.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Date: 06/30/2026

[signature]

**Roger Rowell**
**1942 LINWOOD ST NW APT. 1102, Salem, OR 97304 503-508-5611**

REF: **Canastuj Siquina**

ORIGINAL DECLARATION OF SERVICE

Tracking #: **0230303907** PDX FIL

IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR MULTNOMAH COUNTY

| | |
|---|---|
| **CATARINA CANASTUJ SIQUINA**<br>Plaintiff/Petitioner<br>vs.<br>**UBER TECHNOLOGIES, INC.; ET AL**<br>Defendant/Respondent | Cause No.: **26CV29435**<br><br>DECLARATION OF MAILING OF<br>**SUMMONSES; COMPLAINT; PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS; MEDIATION FORM** |

The undersigned hereby declares: that I, Laurice Averill, am a legal resident of the State of Oregon, over the age of 18, and not party to, nor interested in the within entitled action. My business address is 1099 Stewart St Ste 700, Seattle, WA 98101.

That on **July 01, 2026**, after personal service was made on **June 30, 2026** to **CT Corporation System, Registered Agent**, a **I delivered the documents to CT Corporation System, Registered Agent. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with glasses. Served Eden Cloverglade**, I completed service by depositing a true copy of the **SUMMONSES;COMPLAINT; PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS;MEDIATION FORM**, marked with confirmation of date, time, and place of personal service in the United States mail, by first class mail with proper postage attached.

That I addressed the envelope(s) as follows:

UBER TECHNOLOGIES, INC.
c/o C/O C T Corporation System, Registered Agent, REGISTERED AGENT
780 Commercial St SE Ste 100
Salem, OR 97301

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

I executed this declaration on July 01, 2026 at Seattle, WA.

*/s/ Laurice Averill*

Declarant Laurice Averill, 1099 Stewart St Ste 700, Seattle, WA 98101. 206-521-9000.

Tracking #: **0230303896** PDX

# In the Circuit Court of the State of Oregon

## For the County of Multnomah

| | | |
|---|---|---|
| **CATARINA CANASTUJ SIQUINA,**<br><br>Plaintiff,<br><br>v.<br><br>**UBER TECHNOLOGIES, INC.,** a Delaware Corporation; **PORTIER, LLC,** a Delaware Corporation; and **NICHOLAS BACA MUNOZ,**<br><br>Defendants. | ) | Case No. 26CV29435<br><br>**SUMMONS** |

**To: Uber Technologies, Inc.**
**C/O C T Corporation System, Registered Agent**
**780 Commercial Street SE, Suite 100**
**Salem, OR 97301**

**You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff will apply to the court for the relief demanded in the complaint.**

## NOTICE TO THE DEFENDANT:
## READ THESE PAPERS CAREFULLY!

**You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.**

**If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.**

SIGNATURE OF ATTORNEY

R. Brendan Dummigan, OSB #932588
PICKETT DUMMIGAN WEINGART LLP
Centennial Block, Fourth Floor
210 S.W. Morrison Street
Portland, OR 97204
Telephone: (503) 223-7770

**TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual or other legal entity to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.**

ATTORNEY FOR PLAINTIFF